583 A.2d 328

STATE OF NEW JERSEY v. DEBBIE FAISON.

February 26, 1990.

Petition for certification denied.

583 A.2d 328

STATE OF NEW JERSEY v. JAMES WILLIAMS.

February 26, 1990.

Petition for certification denied.

583 A.2d 328

STATE OF NEW JERSEY v. MILTON RIDER.

February 26, 1990.

Petition for certification denied.

583 A.2d 328

STATE OF NEW JERSEY v. ROBERT ERVIN.

February 26, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 458, 575 *A.*2d 491)

583 A.2d 328

STATE OF NEW JERSEY v. ROBERT ERVIN.

February 26, 1990.

Cross–Petition for certification denied. (See 241 *N.J.Super.* 458, 575 *A.*2d 491)